

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

FILED IN
COURT OF CRIMINAL APPEALS

Tuesday, January 06, 2015

January 13, 2015

ABEL ACOSTA, CLERK

Presiding Judge 228th Judicial District
1201 Franklin, Rm. 16032
Houston, TX 77002

**Re: WARREN D. RIVERS**
**CCA No. AP-77,051**
**Trial Court Case No. 0475122**

Dear :

The Court has received notice that on November 18, 2014, a judgment was entered in the above referenced cause. This Court, however, has not received an order appointing counsel or other findings made pursuant to Article 11.071, §§ 2 (b) and (c).

Please advise this Court at your earliest convenience whether appellant has appointed counsel. If counsel has not been appointed, please proceed under Article 11.071, §§ 2 (b) and (c), and determine whether appellant is indigent and, if so, whether he desires the appointment of counsel for habeas proceedings.

Upon making the appointment, please provide a copy of the order to this Court. If no appointment is made, please notify this Court of the findings supporting the decision.

Thank you for your assistance in this matter.

Sincerely,

Abel Acosta, Clerk

**CAUSE NO. 0475-122**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 228th DISTRICT COURT |
| VS. | § | |
| WARREN RIVERS | § | HARRIS COUNTY, TEXAS |

## ORDER AND NOTICE

The above named defendant was convicted of capital murder and sentenced to death on November 18, 2014. The Court finds that the defendant is indigent and desires to have counsel appointed for the purpose of a writ of habeas corpus under Art. 11.071, Texas Code of Criminal Procedure.

Therefore, the Court hereby appoints the Office of Capital Writs and Director Brad D. Levenson as counsel for defendant to investigate the case, file the appropriate writ, and represent the defendant fully. Following the Motion for New Trial, trial counsel are relieved of their representation of Mr. Rivers.

The District Clerk is hereby ordered to forward a copy of this Order and Notice to the Office of Capital Writs and to the Court of Criminal Appeals. Appointed counsel's address is as follows:

Brad D. Levenson
Office of Capital Writs
Stephen F. Austin Building
1700 N. Congress Avenue, Suite 460
Austin, Texas 78701
512-463-8502 – Direct
512-463-8590 – Fax
Brad.Levenson@ocw.texas.gov

So ordered this 3 day of December, 2014.

Marc Carter
Judge – 228th District Court

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/18/2014 21:14
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : U63274H3J480560
```

```
    DATE,TIME                01/18  21:13
    FAX NO./NAME             #3151246385900002988#
    DURATION                 00:00:30
    PAGE(S)                  03
    RESULT                   OK
    MODE                     STANDARD
                             ECM
```

**Guerrero, Vanessa (DCA)**

| | |
|---|---|
| **From:** | Brad Levenson <Brad.Levenson@ocw.texas.gov> |
| **Sent:** | Monday, December 01, 2014 1:56 PM |
| **To:** | Guerrero, Vanessa (DCA) |
| **Subject:** | Appointment Order for Warren Rivers case |
| **Attachments:** | Appointment Order.docx |

Ms. Guerrero – pursuant to Article 11.071, section 2(b), here is the appointment order. Please let me know when the judge has signed it and if I could get a signed copy back, we can begin to represent Mr. Rivers. Let me know if you have any questions.

My best,

Brad D. Levenson
Director, Office of Capital Writs
Stephen F. Austin Building
1700 N. Congress Avenue, Suite 460
Austin, Texas 78701
Direct Line: 512-463-8502
Fax Number: 512-463-8590
Email: Brad.Levenson@OCW.Texas.Gov
Website: www.ocw.texas.gov



Office of Capital Writs

## Guerrero, Vanessa (DCA)

| | |
|---|---|
| **From:** | Davis, Dennis (CSC) |
| **Sent:** | Friday, November 21, 2014 11:12 AM |
| **To:** | Guerrero, Vanessa (DCA); Garcia, Carmelicia (DCO) |
| **Subject:** | FW: Warren Rivers case |

---

**From:** Brad Levenson [mailto:Brad.Levenson@ocw.texas.gov]
**Sent:** Friday, November 21, 2014 10:58 AM
**To:** Davis, Dennis (CSC)
**Subject:** Warren Rivers case

Mr. Davis:

Brad Levenson here from the Office of Capital Writs. We are the state agency that is automatically appointed to represent capital defendants in their post-conviction litigation (local judges get to select appellate lawyers from the appointment list but no longer do that for the 11.071 writ). We understand that Mr. Warren Rivers received a death sentence today in the 228th (if that is incorrect, please ignore). Would the court like for the Office to draft an appointment order? If so, let me know and I will draft and email one to you.

My best,
Brad D. Levenson
Director, Office of Capital Writs
Stephen F. Austin Building
1700 N. Congress Avenue, Suite 460
Austin, Texas 78701
Direct Line: 512-463-8502
Fax Number: 512-463-8590
Email: Brad.Levenson@OCW.Texas.Gov
Website: www.ocw.texas.gov



Office of Capital Writs

1